IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02613-WDM-MEH

EUGENIO NAVARRO, JR.,

    Applicant,

v.

RON LEYBA and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2007.**

    Applicant's Motion to Request Update and Status [Filed January 3, 2007; Docket #21] is **granted**.

    This is a matter filed pursuant to 28 U.S.C. § 2254.  It has been prioritized accordingly, and a recommendation will be completed in the due course of the Court's docket.